## U. S. Fidelity & Guaranty Co. v Citizens National Bank of Monticello.

(Decided May 18, 1911.)

### Appeal from Wayne Circuit Court.

When a supersedeas bond is executed and no supersedeas is then issued, it is the duty of the clerk thereafter to issue it, and damages will be awarded though no supersedeas was issued until another appeal was granted, the first appeal not having been dismissed.

O. H. WADDLE & SON and HARRISON & HARRISON for appellant.

WM. MARSHALL BULLITT and KEITH L. BULLITT for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON—On Motion to Dismiss Appeal With Damages.

On May 20th, 1910, appellee recovered judgment against appellant in the Wayne Circuit Court for $15,-000.00. On July 20th, 1910, appellant executed a supersedeas bond but the clerk then issued no supersedeas. The time for filing the record in this court expired December 13, 1910, and the record was not filed and the time was not extended. On February 11, 1911, appellant had an appeal granted by this Court but obtained no supersedeas. On April 18, 1911, the Clerk of the Wayne Circuit Court issued a supersedeas, on appellee's counsel calling his attention to the fact that he had not issued it and it was its duty to issue it then. On April 21st, appellant obtained a supersedeas from the Clerk of this court. Appellee has entered a motion to dismiss the appeal granted by the Circuit Court with damages.

The case of L. & N. R. R. Co. v. Lucas, 120 Ky., 359, controls. That case is similar to this except that there the second appeal was taken after the supersedeas was is-

sued by the Circuit Clerk. But that circumstance is not material. The appeal was still pending and the Clerk was authorized to issue the supersedeas as no supersedeas had been obtained from the Clerk of this Court. It is true appellant had abandoned that appeal but it had not been dismissed. Appellee was not entitled to execution on the judgment after the supersedeas issued.

Motion sustained.